UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE ANDERSON,<br><br>   Plaintiff,<br><br> v.<br><br>CLOUDHQ LLC,<br><br>   Defendant. | Case No. 24-cv-916 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss for failure to state a claim, ECF 6, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                _____
                JIA M. COBB
                United States District Judge

Date: May 14, 2024